## JEWELRY INVENTORY

### DEBTOR: Vincent R Hemphill

| Quantity | Style of Jewelry | Description of Item | Estimated Value |
|---|---|---|---|
| | **Earrings** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Pearl | | |
| | Precious Stones | (Specify Carat) | |
| | Other | | |
| | **Chains(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Other | | |
| | **Bracelet(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| | Other | | |
| | **Ring(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| | Wedding Band | | |
| | Other | | |
| | **Watch(es)** | Model: | |
| | | Model: | |
| | | Model: | |

☐ Debtor's Total Value of Jewelry                                $_____
☐ Goods Secured by Liens with Creditor(s) _____            $_____
☒ Debtor owns no Jewelry                                         $_____

Debtor/Spouse Initials: VH

S:\Forms\Bankruptcy\Chapter 7\Office Forms\Jewelry inventory.doc

# FURNITURE INVENTORY

Debtor(s) name(s): **Vincent R Hemphill**

| Living Room | | |
|---|---|---|
| Item | Quantity | $ |
| Sofa/Loveseat | 1 | 100 |
| Chairs | 2 | 50 |
| Recliners | — | |
| Tables | 1 | 200 |
| TV | 1 | 100 |
| VCR/DVD | — | |
| Stereo | — | |
| Wall Unit | — | |

BB (notation at left margin)

| Dining Room | | |
|---|---|---|
| Item | Quantity | $ |
| Tables | 1 | 150 |
| Chairs | — | |
| China Cabinets | — | |
| China (sets) | — | |

| Family/Computer Room | | |
|---|---|---|
| Item | Quantity | $ |
| Sofa | — | |
| Chairs | — | |
| Tables | 1 | 100 |
| Desk | 1 | |
| Bookshelves/Wall units | 1 | 50 |
| Computer | 1 | 200 |
| Monitor | 1 | 200 |
| Printer/fax | 1 | 50 |
| TV | — | — |

| Kitchen | | |
|---|---|---|
| Item | Quantity | $ |
| Refrigerator | 1 | 700 |
| Stove | 1 | 100 |
| Microwave | 1 | 50 |
| Toaster Oven | — | |
| Toaster | — | |
| Kitchenware | | 20 |

| Miscellaneous items | | |
|---|---|---|
| Item | Quantity | $ |
| Washer | 1 | 100 |
| Dryer | 1 | 100 |
| Patio set | — | |
| BBQ | — | |
| Lawnmower | — | |
| Musical instruments | — | |
| Decorative Items | — | |
| Other | | |

| Master Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | 1 | 200 |
| Dresser/drawers | 1 | 50 |
| Mirror | — | |
| Nightstands | 1 | 50 |
| Armoire/wall unit | — | |
| TV | 1 | 100 |
| VCR/DVD | 1 | 50 |

BB (notation at left of Master Bedroom TV row)

| 2nd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | | |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

| 3rd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | | |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

| 4th Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | | |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

☒ Total Value of Unsecured Household Goods:    $ 2,070

☒ Goods secured by liens with creditors: __Best Buy__    $ 200

☐ Joint with [ ] non-filing spouse; or [ ] co-tenant. Debtor claims ½ interest $ _____

☐ Debtor owns no furniture _____

Debtor'(s) initials: __VH__

S:\Forms\Bankruptcy\Chapter 7\Office Forms\Furniture Inventory-NEW.doc